```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 12039
   JULIE ROSETTI
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3260

-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 07/06/2007 and was not confirmed.

    The case was dismissed without confirmation 08/20/2007.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
HSBC BANK USA           SECURED NOT I        .00            .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED         208.00            .00            .00
HSBC BANK USA           NOTICE ONLY   NOT FILED              .00            .00
HSBC BANK USA           SECURED NOT I        .00            .00            .00
PRO SE DEBTOR           DEBTOR ATTY         .00                             .00
TOM VAUGHN              TRUSTEE                                             .00
DEBTOR REFUND           REFUND                                              .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------       --------------
TOTALS                       .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/03/07            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```